UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOUZEL PANINGBATAN,<br><br>      Plaintiff,<br><br>   vs.<br><br>MOTIVATE LLC AND BLUECREW, INC.,<br><br>      Defendants. | Case No.: 20-cv-4865-YGR<br><br>ORDER TO SHOW CAUSE REGARDING DEFENDANT BLUECREW, INC.'S ALLEGED FAILURE TO COMPLY WITH GENERAL ORDER 71 |

**TO DEFENDANT BLUECREW, INC. AND ITS COUNSEL OF RECORD:**

Defendant BlueCrew, Inc. and its counsel are hereby **ORDERED TO SHOW CAUSE** why each should not be sanctioned for its failure to comply with this Court's order and General Order 71.

General Order 71 requires that "[w]ithin 30 days following the defendant's submission of a responsive pleading or motion, the parties shall provide to one another the documents and information described in the Initial Discovery Protocols for the relevant time period." On March 1, 2021, the Court ordered compliance with General Order 71 by March 11, 2021. (Dkt. No. 31.) BlueCrew has not sought relief from the orders nor does General Order 71 provide an exception.

In opposition to BlueCrew's motion to compel arbitration filed on March 15, 2021, plaintiff Paningbatan indicated that BlueCrew had not complied with the Court's order. In its reply filed March 22, 2021, BlueCrew did not deny that it had failed to comply. Merely stating objections are insufficient.

**BlueCrew, Inc. and its counsel shall comply immediately or shall be subject to sanctions.**

//

//

BlueCrew's counsel shall file a written response to this Order no later than **Monday, April 12, 2021** at 12:00 noon confirming compliance. If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar.

If compliance is not complete or the Court is not satisfied, a hearing on this Order to Show Cause shall be held on **Tuesday, April 13, 2021** on the Court's 2:01 p.m. calendar over the Zoom platform. Lead counsel shall be required to appear personally at the hearing as well as any and all principals from BlueCrew, Inc. responsible with compliance.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**