# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOUZEL PANINGBATAN,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**MOTIVATE LLC AND BLUECREW INC.,**<br><br>　　　　Defendants. | CASE NO. 20-cv-04865-YGR<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION, STAYING PAGA CLAIM, SETTING COMPLIANCE DEADLINE, AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 30, 35 |

On June 8, 2020, plaintiff filed this action in Alameda County Superior Court. Defendant Motivate LLC removed the case to federal court on July 20, 2020. (Dkt. No. 1.) On March 1, 2021, defendant BlueCrew Inc. filed a motion to compel arbitration of plaintiff's individual claims and to stay her claim under the Private Attorneys General Act of 2004 ("PAGA"). (Dkt. No. 30.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the April 13, 2021 hearing, the Court **GRANTS** BlueCrew's motion to compel arbitration and **STAYS** the proceeding as to the PAGA claim. The Court further **SETS** a compliance deadline for **9:01 a.m.** on **August 27, 2021**. The parties shall provide the Court with a status update regarding the *Alvarado* action pending in Los Angeles Superior Court **within 14 days** of that court's ruling on the anticipated motion for preliminary approval of the class action settlement in that case or **five (5) business days** prior to the date of the compliance deadline, **whichever event is earlier**.

Upon receiving the declaration from BlueCrew's counsel confirming that it has produced plaintiff's time records (Dkt. No. 40), the Court hereby **DISCHARGES** the April 7, 2021 Order to Show Cause without sanctions.

This Order terminates Docket Numbers 30 and 35.

**IT IS SO ORDERED.**

Dated: April 19, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE