# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOUZEL PANINGBATAN,**<br><br>  Plaintiff,<br><br> vs.<br><br>**MOTIVATE LLC,**<br><br>  Defendant. | CASE NO. 20-cv-04865-YGR<br><br>**ORDER TO SHOW CAUSE** |

TO PARTIES AND COUNSEL OF RECORD:

Plaintiff's pending motion for leave to file a first amended complaint was improperly filed such that the hearing, noticed for May 16, was not added to this Court's calendar. The parties' April 7 stipulation to the Court regarding briefing deadlines indicated that the parties will be participating in a mediation on May 17. Parties are **HEREBY ORDERED TO SHOW CAUSE** by **Thursday, April 27, 2023**, why the Court should add the May 16 hearing to its Calendar when the parties intend to mediate the next day, which may be before the Court issues its order regarding leave to amend.

Dated: April 26, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**